1  Kathryn J. Halford (CA State Bar No. 68141)
   E-Mail: kjhalford@wkpyc.com
2  Sally S. Frontman (CA State Bar No. 227735)
   E-Mail: sfrontman@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, California 91436
   Telephone No.: (818) 501-8030
6  Facsimile No.:  (818) 501-5306

7  Attorneys for Plaintiffs the Boards of Directors
   of the Motion Picture Industry Pension Plan,
8  the Motion Picture Industry Individual Account
   Plan, and the Motion Picture Industry Health Plan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division)**

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>                Plaintiffs,<br><br>v.<br><br><br><br>LOADED THE MOVIE, L.L.C., a California limited liability company,<br><br>                Defendant. | CASE NO. CV 10-1476-GW (Ex)<br><br>Assigned to:<br>   Honorable George H. Wu<br>   Magistrate Judge Charles F. Eick<br><br>**ORDER RE CONTEMPT OF ALAN L. PAO, MEMBER, LOADED THE MOVIE, L.L.C.**<br><br>**<u>Deadline to Comply with this Order Prior to Issuance of Arrest Warrant</u> : October 7, 2013**<br>Time:  8:30 a.m.<br>Location: Courtroom 20<br><br>United States District Court<br>312 N. Spring Street<br>Los Angeles, CA  90012<br><br>Complaint Filed: 9/13/12<br>Default by Clerk Entered: 2/20/13 |

TO: ALAN L. PAO, Member, LOADED THE MOVIE, L.L.C., a California corporation:

On September 23, 2013, the above-entitled matter came before the Honorable George F. Wu, District Judge presiding in Courtroom 20 of the above-entitled Court. Alan L. Pao ("ALAN L. PAO"), Member, LOADED THE MOVIE, L.L.C., failed to appear to show cause why he should not be held in contempt for failure to appear on February 1, 2013 before Magistrate Judge Charles F. Eick in Courtroom 10 of the above-entitled court, pursuant to the Order for Examination re Enforcement of Judgment ("Judgment Debtor Examination") personally served upon him on September 5, 2013. Sally S. Frontman of Wohlner Kaplon Phillips Young & Cutler appeared for Plaintiffs, the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan (collectively, "PLAINTIFFS" or "JUDGMENT CREDITORS").  No appearance was made by ALAN L. PAO. Plaintiffs thus asked the Court to issue an arrest warrant as a result of ALAN L. PAO's multiple refusals to comply with this Court's orders, and as a form of civil contempt to secure ALAN L. PAO's attendance at the Judgment Debtor Examination. The matter was continued to September 26, 2013.

On September 26, 2013, this Court found that PLAINTIFFS have met their burden under the law, and that ALAN L. PAO has offered no evidence to the contrary, to find ALAN L. PAO in civil contempt.

The Court, having considered the relevant legal authority, the Findings of Fact and Order to Show Cause Regarding Contempt issued on July 22, 2013 by Magistrate Judge Eick, and the Proofs of Service and other materials provided by PLAINTIFFS establishing clear and convincing evidence to hold ALAN L. PAO in civil contempt for repeatedly violating orders issued by this Court, as set forth in this Court's September 26, 2013 Ruling:

1

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that ALAN L. PAO shall be held in civil |
| 2 | contempt for (1) disobedience of the December 6, 2013 Court Order for |
| 3 | Examination of ALAN L. PAO, Member of LOADED THE MOVIE, L.L.C., a |
| 4 | California corporation, personally served upon ALAN L.PAO on December 12, |
| 5 | 2012 and requiring him to requiring him to appear and give testimony on February |
| 6 | 1, 2013; and (2) disobedience of this Court's Order to appear and give testimony in |
| 7 | this Court on September 23, 2013, served upon ALAN L. PAO at his home and his |
| 8 | place of business by U.S. Mail, Certified Mail, and Overnight Mail on September 6 |
| 9 | and 7, 2013, and sub served by process server upon ALAN L. PAO at his place of |
| 10 | business on September 17, 2013. |
| 11 | |
| 12 | IT IS HEREBY ORDERED that unless ALAN L. PAO appears in this Court |
| 13 | on or before Monday, October 7, 2013, at 8:30 a.m., this Court shall issue an order |
| 14 | to have ALAN L. PAO arrested by the U.S. Marshals Service ("USMS") pursuant |
| 15 | to a civil arrest warrant and detained until he fully complies with the prior Court |
| 16 | Orders by appearing before this court and attending the Judgment Debtor |
| 17 | Examination. |
| 18 | |
| 19 | IT IS HEREBY ORDERED that if ALAN L. PAO appears before this Court |
| 20 | on or before Monday, October 7, 2013 at 8:30 a.m. and indicates his willingness to |
| 21 | comply with the judgment debtor examination, the Court would consider |
| 22 | rescinding the arrest warrant. |
| 23 | |
| 24 | IT IS FURTHER HEREBY ORDERED that, as of September 26, 2013, a |
| 25 | fine of Two Hundred Fifty Dollars ($250.00) per day shall be imposed on ALAN |
| 26 | L. PAO until ALAN L. PAO complies with this Order by appearing before this |
| 27 | Court and indicating his willingness to comply with the Order for Judgment Debtor |
| 28 | Examination previously personally served upon him in this action. |

1  PLAINTIFFS shall promptly, and as soon as possible, (1) attempt to
2 effectuate personal service of this executed Order and this Court's September 26,
3 2013 Ruling on ALAN L. PAO, and (2) file under seal any additional personal
4 information they may have in their possession regarding ALAN L. PAO to assist
5 the USMS in arresting him, e.g., his physical description, date of birth, social
6 security number, and all known addresses.

9 Dated: October 1, 2013

_____
HONORABLE JUDGE GEORGE H. WU
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

3